## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Gary Waszcyszak

**BK NO. 16-05072 JJT**

**Debtor**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

       Respectfully submitted,

       **/s/ James C. Warmbrodt, Esquire**
       James C. Warmbrodt, Esquire
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322